

# Fourth Court of Appeals
## San Antonio, Texas

August 20, 2015

No. 04-15-00512-CV

**IN RE LOWE'S HOME CENTERS, LLC**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Marialyn Barnard, Justice
               Rebeca C. Martinez, Justice
               Jason Pulliam, Justice

On August 18, 2015, relator Lowe's Home Centers, LLC, filed a petition for writ of mandamus complaining of the trial court's order, signed July 24, 2015, granting plaintiff's motion to sever the intervenor's claims in the underlying personal injury lawsuit into a separate cause of action. The record before this court reflects that the trial court has deferred ruling on relator's motion to reconsider the order granting severance until a further hearing scheduled for August 26, 2015 at 8:30 a.m. See MR 76. This mandamus proceeding is TEMPORARILY ABATED pending the trial court's ruling on relator's motion to reconsider the challenged order.

**Relator is requested to file an advisory in this court no later than August 28, 2015, notifying this court of any further ruling on relator's motion to reconsider.**

The petition for writ of mandamus and expedited motion for stay of trial remain pending before this court.

It is so **ORDERED** on August 20, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause Nos. 2014-CI-09253, styled *John Salas v. Lowe's Home Centers, LLC; Lowe's Companies, Inc.; and Alfonso Lopez*, and 2015-CI-12273, styled *Leonardo Mercado v. Lowe's Home Centers, LLC; Lowe's Companies, Inc.; and Alfonso Lopez*, pending in the 407th Judicial District Court, Bexar County, Texas, the Honorable Laura Salinas presiding.